USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-8-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Great American Insurance Company,   Plaintiff(s)

09 CIV. 5220

-vs-

Notice of a Pretrial Conference

Hutt Trucking Company, Inc., Defendant(s)

------------------------------------x

Counsel are directed to appear in Courtroom 20-C on September 10, 2009 at 10:00 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
June 8, 2009

John F. Keenan
JOHN F. KEENAN
U.S.D.J.