UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Great American Insurance
                      Plaintiff(s),

           -against-

Hutt Trucking Co.
                      Defendant(s).
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-1-09

09 Civ. 5220 (JFK)

**ORDER**

JOHN F. KEENAN, United States District Judge:

The attorneys for the parties having advised the Court that this action has been or will be settled, and having consented to the entry of this Order, it is hereby

ORDERED that this action is discontinued, without costs to either party, subject to reopening if settlement is not consummated within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this 30 -day settlement period expires.

SO ORDERED.

Dated:   New York, New York
         September 1, 2009

                                          _____
                                          JOHN F. KEENAN
                                          United States District Judge